# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PAUL COOPER

VERSUS

TIREHUB LLC. AND GALLAGHER
BASSETT

NO.   2019 CW 1489

**JAN 1 6 2020**

In Re:   Tirehub, LLC, applying for supervisory writs, Office
of Workers' Compensation, District 5, No. 19-03644.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DISMISSED.** This writ application is dismissed
pursuant to relator's correspondence filed January 9, 2020,
advising that the matter has settled and requesting that this
writ application be dismissed.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT